**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 109 MAL 2015
:
            Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
PATRICIA E. GADALETA, :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of July, 2015, the Petition for Allowance of Appeal is

**DENIED**.